**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

*Attorneys for Plaintiffs*

Don P. Martin (#004232)
don.martin@quarles.com
Nicole France Stanton (#020452)
nicole.stanton@quarles.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paramount Pictures Corporation, Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment Inc., Columbia Pictures Industries Inc., Screen Gems Inc., Tristar Pictures, Inc., Sony Pictures Classics Inc., Disney Enterprises, Inc., Universal City Studios LLLP, Universal City Studios Productions LLLP, Twentieth Century Fox Film Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Family Edited DVDS, Inc. and John Webster,<br><br>Defendants. | No.<br><br>**PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

In support of its Complaint, Plaintiffs (collectively, the "Studios") hereby allege against Defendants Family Edited DVDs, Inc. ("Family Edited") and John Webster (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1131 and 1138(a).

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

QB\11726762.1

## NATURE OF THE ACTION

3. By this action the Studios seek a finding of liability, damages and injunctive relief arising under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.* (the "Copyright Act") against Defendants for their willful copyright infringement.

4. These claims arise out of Defendants' unlawful preparation, sale or other distribution of edited, or otherwise altered, copies of motion pictures for which the Studios own or control the copyrights (the "Motion Pictures") on recordable digital versatile discs ("DVD-Rs"). Defendants have, without authorization from the Studios, reproduced the Studios' Motion Pictures, altered or removed from such unauthorized copies dialogue and scenes which Defendants deemed "objectionable," and reproduced and distributed these new and unauthorized edited versions on DVD-Rs to customers in exchange for payment. Defendants have thus established a business to exploit, without necessary authorization from the Studios, altered copies of the Studios' Motion Pictures in violation of the Studios' exclusive copyright rights.

5. The Studios, or certain of their affiliates, create, finance, produce and distribute motion pictures throughout the United States and own the copyrights and/or exclusive distribution rights in these motion pictures.

6. The copyright law grants to the copyright owners of motion pictures, such as the Studios, the exclusive rights to do and authorize the reproduction, distribution, public performance and display of their motion pictures, and to prepare and authorize the preparation of derivative works based on their motion pictures. 17 U.S.C. § 106.

7. Defendants are in the business of preparing, copying and distributing bowdlerized versions of movies, including the Motion Pictures, to which Defendants do not own the copyrights. This constitutes willful copyright infringement. Defendants charge consumers $7.50 for each DVD-R copy of an altered movie (with a minimum order requirement of ten DVD-Rs), without the authorization of the Studios and in violation of the Copyright Act.

QB\11726762.1

**PARTIES**

8. Plaintiff Paramount Pictures Corporation ("Paramount") is a Delaware corporation, with its principal place of business at 5555 Melrose Avenue, Los Angeles, California. Paramount is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in the Motion Pictures attributed to Paramount in Exhibit A hereto. Among such well-known motion pictures are the *Godfather* series of motion pictures, *Forrest Gump* and *The Truman Show*, each of which has been unlawfully edited, sold and/or otherwise distributed by Defendants.

9. Plaintiff Metro-Goldwyn-Mayer Studios Inc. ("MGM") is a Delaware corporation, with its principal place of business at 10250 Constellation Boulevard, Los Angeles, California. MGM is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in the Motion Pictures attributed to MGM in Exhibit A hereto. Among such well-known motion pictures are *The Princess Bride, Dances With Wolves* and *Legally Blonde* series of motion pictures, each of which has been unlawfully edited, sold and/or otherwise distributed by Defendants.

10. Plaintiff Warner Bros. Entertainment Inc. ("Warner Bros.") is a Delaware corporation, with its principal place of business at 4000 Warner Boulevard, Burbank, California. Warner Bros. is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in the Motion Pictures attributed to Warner Bros. in Exhibit A hereto. Among such well-known motion pictures are the *Batman, Lethal Weapon* and *Harry Potter* series of motion pictures, as well as *Gran Torino* and *Inception*, each of which has been unlawfully edited, sold and/or otherwise distributed by Defendants.

11. Plaintiff Columbia Pictures Industries, Inc. ("Columbia Pictures") is a Delaware corporation, with its principal place of business at 10202 West Washington Blvd., Culver City, California. Columbia Pictures is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in the Motion Pictures attributed to Columbia Pictures in Exhibit A hereto. Among such well-known motion

QB\11726762.1

1  pictures are *50 First Dates, Gattaca, Hitch* and *A League of Their Own*, each of which has
2  been unlawfully edited, sold and/or otherwise distributed by Defendants.

3        12.    Plaintiff Screen Gems, Inc. ("Screen Gems") is a Delaware corporation, with
4  its principal place of business at 10202 West Washington Blvd., Culver City, California.
5  Screen Gems is the owner of the copyrights and/or the pertinent exclusive rights under
6  copyright in the United States in the Motion Pictures attributed to Screen Gems in Exhibit
7  A hereto.  Among such well-known motion pictures are *Ultraviolet*, *Hostel* and *When a*
8  *Stranger Calls*, each of which has been unlawfully edited, sold and/or otherwise
9  distributed by Defendants.

10        13.    Plaintiff TriStar Pictures, Inc. ("TriStar Pictures") is a Delaware corporation,
11  with its principal place of business at 10202 West Washington Blvd., Culver City,
12  California.  TriStar Pictures is the owner of the copyrights and/or the pertinent exclusive
13  rights under copyright in the United States in the Motion Pictures attributed to TriStar
14  Pictures in Exhibit A hereto.  Among such well-known motion pictures are *Jerry*
15  *Maguire, Jumanji* and *Legends of the Fall*, each of which has been unlawfully edited, sold
16  and/or otherwise distributed by Defendants.

17        14.    Plaintiff Sony Pictures Classics Inc. ("Sony Classics") is a Delaware
18  corporation, with its principal place of business at 550 Madison Avenue, New York, New
19  York.  Sony Classics is the owner of the copyrights and/or the pertinent exclusive rights
20  under copyright in the United States in the Motion Pictures attributed to Sony Classics in
21  Exhibit A hereto.  Among such well-known motion pictures are *Being Julia* and *House of*
22  *Flying Daggers*, each of which has been unlawfully edited, sold and/or otherwise
23  distributed by Defendants.

24        15.    Plaintiff Disney Enterprises, Inc. ("DEI") is a Delaware corporation, with its
25  principal place of business at 500 S. Buena Vista Street, Burbank, California.  DEI is the
26  owner of the copyrights and/or the pertinent exclusive rights under copyright in the United
27  States in the Motion Pictures attributed to DEI in Exhibit A hereto.  Among such well-
28  known motion pictures are *Freaky Friday*, *Cocktail*, *Dangerous Minds* and *Enemy of the*

QB\11726762.1

1  *State*, each of which has been unlawfully edited, sold and/or otherwise distributed by
2  Defendants.

3      16.    Plaintiff Universal City Studios LLLP ("Universal") is a Delaware limited
4  liability limited partnership, with its principal place of business at 100 Universal City
5  Plaza, Universal City, California. Universal is the owner of the copyrights and/or the
6  pertinent exclusive rights under copyright in the United States in the Motion Pictures
7  attributed to Universal in Exhibit A hereto. Among such well-known motion pictures are
8  the *Jurassic Park* series of motion pictures, *Fast Times at Ridgemont High*, *The Blues
9  Brothers* and *Far & Away*, each of which has been unlawfully edited, sold and/or
10  otherwise distributed by Defendants.

11      17.    Plaintiff Universal City Studios Productions LLLP ("Universal
12  Productions") is a Delaware limited liability limited partnership, with its principal place of
13  business at 100 Universal City Plaza, Universal City, California. Universal Productions is
14  the owner of the copyrights and/or the pertinent exclusive rights under copyright in the
15  United States in the Motion Pictures attributed to Universal Productions in Exhibit A
16  hereto. Among such well-known motion pictures are *Bruce Almighty*, *Family Man* and
17  *Meet Joe Black*, each of which has been unlawfully edited, sold and/or otherwise
18  distributed by Defendants.

19      18.    Plaintiff Twentieth Century Fox Film Corporation ("Fox") is a Delaware
20  corporation, with its principal place of business at 10201 W. Pico Blvd., Los Angeles,
21  California. Fox is the owner of the copyrights and/or the pertinent exclusive rights under
22  copyright in the United States in the Motion Pictures attributed to Fox in Exhibit A hereto.
23  Among such well-known motion pictures are the *Ice Age* and *Die Hard* series of motion
24  pictures, *Independence Day* and *I, Robot*, each of which has been unlawfully edited, sold
25  and/or otherwise distributed by Defendants.

26      19.    Upon information and belief, Defendant Family Edited is a Nevada
27  corporation, with its principal address at 5348 Vegas Drive, Las Vegas, NV 89108 and
28  which generally does business in Arizona.

QB\11726762.1

20. Upon information and belief, Defendant Webster is an individual residing at 1278 E. Baker Drive in Queen Creek, Arizona, and at all relevant times, a principal of Family Edited. Webster is directly liable for the acts of copyright infringement alleged herein in that he is responsible for and personally participates in the creating, selling, distributing and/or offering in commerce, edited copies of the Studios' motion pictures on DVDs.

## GENERAL FACTUAL ALLEGATIONS

### The Studios

21. The Studios own the copyrights and/or the exclusive distribution rights under copyright in the United States for many of the commercially-released motion pictures being infringed by Defendants, including the Motion Pictures identified in Exhibit A hereto.

### Family Edited

22. Upon information and belief, Family Edited is reproducing copies of the Studios' copyrighted Motion Pictures, and preparing and distributing unauthorized derivative works based thereupon. A list identifying a sample of the respective Studios' copyrighted Motion Pictures currently being reproduced, edited and distributed by Defendants is annexed hereto and incorporated herein as Exhibit A .

23. Family Edited offers its products for sale via the Internet, including in the State of Arizona, at www.familyediteddvds.com, cleandvdmovies.com, and editdvdmovies.com, and upon information and belief, has sold and shipped its products to purchasers throughout the country, including in the State of Arizona.

24. Upon information and belief, Family Edited copies the edited Motion Pictures onto DVD-Rs. These DVD-Rs, unlike the original DVDs from which Family Edited makes its copies, do not include copyright protection measures used by the Studios on retail DVDs. As a result, the edited Motion Pictures are highly vulnerable to further unauthorized copying and other forms of infringement.

**John Webster**

25. Upon information and belief, Webster is a principal of Family Edited and is directly responsible for and personally participates in creating, selling, distributing and/or offering in commerce, edited copies of the Studios' motion pictures on DVDs. Without limiting the foregoing, upon information and belief Webster personally arranges for the creation, copying and distribution of edited copies of the Studios' motion pictures, he personally solicits, via websites, customers for these unauthorized edited DVDs (including but not limited to all of the copyrighted works listed on Exhibit A attached hereto), and personally collects the money from customers for sale of these unauthorized DVDs.

**FIRST CLAIM FOR RELIEF AGAINST BOTH DEFENDANTS**

**(Copyright Infringement)**

26. The Studios repeat and reallege the allegations set forth in paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. The Studios are the copyright owners and/or holders of the pertinent exclusive rights under copyright in the United States for the Motion Pictures listed in Exhibit A as well as many other copyrighted Motion Pictures which have been or are threatened to be unlawfully copied, edited or otherwise altered and distributed by Family Edited.

28. The Studios have complied with all relevant provisions of the Copyright Act with respect to the each Motion Picture identified in Exhibit A and have received from the United States Register of Copyrights (hereafter the "Copyright Office") a Certificate of Registration for each of these Motion Pictures.

29. Defendants have reproduced copies of the Studios' copyrighted Motion Pictures (including, but not limited to, those identified on Exhibit A) and prepared and distributed unauthorized derivative works based thereupon.

30. The foregoing acts of Defendants were engaged in without the consent or authorization of the Studios.

QB\11726762.1

31.     Defendants were informed by the Studios that they were infringing the Studios' copyrights by creating and/or distributing edited copies of the Studios' Motion Pictures and the Studios demanded that Defendants cease such activities.  Defendants declined to cease their unlawful activities and, to date, Defendants continue, without authorization from the Studios, to copy and edit the Studios' Motion pictures, and to sell and otherwise publicly distribute such altered copies of the Studios' Motion Pictures.

32.     By virtue of the foregoing, Defendants' acts of infringement were and are willful, intentional and in utter disregard of the Studios' exclusive rights under Section 106 of the Copyright Act.

33.     As a of result the foregoing, the Studios have sustained and will continue to sustain actual damage and are entitled to Defendants' profits from the unlawful and unauthorized copying, distribution and sale of the Studios' copyrighted works. Alternatively, at the Studios' election, they are entitled to statutory damages as permitted under the Copyright Act.

34.     Defendants' infringing activities have caused the Studios irreparable harm which cannot adequately be calculated or compensated solely by money damages and which will continue to cause substantial irreparable harm to the Studios unless further infringement by Defendants is enjoined.

## **PRAYER FOR RELIEF**

WHEREFORE, the Studios pray for judgment in their favor and against Defendants as follows:

a)     For a judgment that Defendants' conduct as alleged herein infringes the Studios' copyrights in their Motion Pictures under 17 U.S.C. § 106 and 501;

b)     For an award to the Studios of their actual damages and any additional profits of Defendants from their infringement of the copyrights in the Studios' motion pictures pursuant to 17 U.S.C. § 504(b), or, at the election of the Studios, statutory damages pursuant to 17 U.S.C. § 504(c);

c) For an award to the Studios of their costs, including reasonable attorneys' fees, incurred in this action;

d) For temporary, preliminary and permanent injunctive relief restraining and enjoining Defendants, their agents, servants, officers, directors, employees, contractors, successors and assigns, and all persons, firms, corporations or entities acting under their direction, authority or control, and all persons acting in concert or participation with any of them, from the unauthorized reproduction of Motion Pictures to which the Studios own or control the copyrights or pertinent exclusive right under copyright, from the sale, offering for sale, distribution, public performance, and/or public display of such unauthorized copies, and/or from creating without authorization, edited, or otherwise altered, derivative works based upon Motion Pictures to which the Studios own or control the copyrights or pertinent exclusive right under copyright;

e) For an order directing Defendants, their agents, servants, officers, directors, employees, successors and assigns, and all persons, firms, corporations or entities acting under their direction, authority or control, and all persons acting in concert or participation with any of them, to deliver up for impound and disposal all such infringing merchandise, including but not limited to all unauthorized copies of the Studios' Motion Pictures in their possession or control, whether edited or unedited, and all molds, stencils, plates, masters, negatives, prints, videos, digital files, DVDs and/or other embodiments of the Studios' Motion Pictures, including edited/derivative versions thereof, and/or any other articles by means of which copies of the Motion Pictures or derivative versions thereof were created or reproduced without authorization; and

f) For such other and further relief as this Court may deem just and proper.

/ / / /

/ / / /

/ / / /

/ / / /

QB\11726762.1

1  DATED this 11th day of November, 2010

2                                                    QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By s/ Nicole France Stanton
    Don P. Martin
    Nicole France Stanton

*Attorneys for Plaintiffs*

-10-