**Quarles & Brady** LLP
*Firm State Bar No. 00443100*
*Renaissance One*
*Two North Central Avenue*
*Phoenix, Arizona 85004-2391*
*Telephone 602.229-5200*

Nicole France Stanton (#020452)
nicole.stanton@quarles.com

*Attorneys for Plaintiffs*

Suárez & Carlin, Co., LPA
*765 Troy Street*
*Dayton, Ohio 45404*
*Telephone 937.258.1800*

Isabel A. Suárez
isabel@suarezcarlin.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., | NO. CV-10-02449 |
| Plaintiffs, | **STIPULATION FOR ENTRY OF MONEY JUDGMENT** |
| vs. | |
| FAMILY EDITED DVDS, INC. and JOHN WEBSTER, | |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between Plaintiffs (the "Studios") and defendants Family Edited DVDs, Inc. and John Webster (the "Family Edited Parties") (the Studios and the Family Edited Parties collectively, the "Parties"), by and through their respective undersigned attorneys, as follows:

  1.  The Studios commenced this action in the United States District Court for the District of Arizona, captioned Paramount Pictures Corporation et al v. Family Edited DVDs Incorporated et al, Civil Action No. 2: 1 0-cv-02449-HRH (the "Action"),

QB\139729.00002\12501740. 1

alleging, in part, that the Family Edited Parties have, without authorization from the Studios, reproduced the Studios' motion pictures for which the Studios own or control the copyrights("Motion Pictures"), altered or removed from such unauthorized copies dialogue and scenes which the Family Edited Parties deemed "objectionable," and reproduced and distributed these new and unauthorized edited versions on DVD-Rs to customers in exchange for payment.

2. On or about January 28 ,2011, the parties entered into Settlement Agreement (the "Agreement") to resolve the claims against the Family Edited Parties in the Action. In the Agreement, the Family Edited Parties agreed, among other things, to pay the Studios and have judgment entered against it in the sum TWO HUNDRED AND SEVENTY FOUR THOUSAND DOLLARS ($274,000).

3. In connection with the execution of the Agreement, the Parties consent to the entry of judgment in the form attached as Exhibit "1" hereto.

4. The Family Edited Parties expressly waive any right to appeal from or otherwise attempt to set aside or attack, directly or indirectly this Stipulation for Entry of Money Judgment or the Stipulated Judgment. The Family Edited Parties further waive any and all rights to stay or quash enforcement of the Stipulation for Entry of Judgment or Stipulated Judgment on any ground.

5. Each of the signatories represents and warrants that he or she is authorized to execute this Stipulation on his or her own behalf, or on behalf of his or her respective party.

6. The Family Edited Parties acknowledge that they were represented and advised by counsel with respect to this matter and has executed this Stipulation on their own free will, without any promise or inducement not stated in the Agreement or herein. The Family Edited Parties also acknowledges that the Studios reserve all rights not expressly waived herein.

1  7.  This Stipulation shall be governed by and construed under the laws of the
2  State of Arizona.

3  8.  For purposes of this stipulation, facsimile or electronic copies of this
4  stipulation shall be deemed as originals.

5  DATED this 11th day of February, 2011.

        QUARLES & BRADY LLP
        One Renaissance Square
        Two North Central Avenue
        Phoenix, Arizona 85004-2391

        By  *s/ Nicole France Stanton*
            Nicole France Stanton

        LOEB & LOEB LLP
        345 Park Avenue
        New York, NY 10154

        By:  *s/ Shelly Elimelekh*
            Shelly Elimelekh

*Attorneys for Plaintiffs*

        SUAREZ & CARLIN, CO., LPA
        765 Troy Street
        Dayton, Ohio 45404

        By  *s/ Isabel A. Suárez*
            Isabel A. Suarez

*Attorneys for Defendants*

QB\139729.00002\12501740.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2011, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Isabel A. Suárez
Suárez & Carlin, Co., LPA
765 Troy Street
Dayton, Ohio 45404
isabel@suarezcarlin.com


*s/ Kelly Thwaites*

-4-

QB\139729.00002\12501740.1