IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
PARAMOUNT PICTURES CORPORATION,  )
et al.,                          )
                                 )
                 Plaintiffs,     )
                                 )
     vs.                         )
                                 )
FAMILY EDITED DVDS, INC., and    )
JOHN WEBSTER,                    )
                                 )    No. 2:10-cv-2449-HRH
                 Defendants.     )
_____)
```

CONSENT JUDGMENT
AND PERMANENT INJUNCTION

WHEREAS, Plaintiffs (collectively, the "Studios") own the copyrights and/or the exclusive distribution rights under copyright in the United States for the commercially-released motion pictures identified in the complaint filed by the Studios in this action;

WHEREAS, Defendants Family Edited DVDs, Inc., and John Webster ("Defendants") reproduced copies of the Studios' copyrighted motion pictures, and prepared and distributed unauthorized derivative works based thereupon;

WHEREAS, this action was commenced by the Studios against Defendants, wherein the Studios allege, in part, that Defendants have, without authorization from the Studios, reproduced the Studios' motion pictures for which the Studios own or control the copyrights, altered or removed from such unauthorized copies dialogue and scenes which Defendants deemed "objectionable," and

reproduced and distributed these new and unauthorized edited versions on DVD-Rs to customers in exchange for payment;

WHEREAS, the Studios and Defendants having entered into a Settlement Agreement ("the Settlement Agreement"), and having agreed to entry of a judgment and order herein as set forth below;

NOW, therefore, upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. This court has jurisdiction over the subject matter of this action and the undersigned parties hereto.

2. Defendants, their agents, servants, employees, contractors and all persons, firms, corporations, or entities acting under their direction, authority, or control, and all persons acting in concert with any of them, shall be and are hereby permanently enjoined from all business activities in regard to the creation, duplication, copying, public display, conveyance, sale (including Internet sales and/or auction, or any other transfer by any manner or means), rental, marketing (including, without limitation, on television, print media and/or on the Internet), advertising, importing, exporting or other distribution of copies, including, but not limited to, unauthorized edited versions, (in any form or format) of any work (including, but not limited to, motion pictures) copyrighted by the Studios or their parents, subsidiaries or affiliates, or containing any of the Studios' trademarks.

3. Defendants, their agents, servants, employees, contractors and all persons, firms, corporations, or entities acting under their direction, authority, or control, and all persons acting in

concert with any of them, shall be and are hereby permanently enjoined from engaging in any business activity related to the creation, duplication, copying, display, sale, rental and/or other distribution of copies, including, but not limited to, unauthorized edited versions, (in any form or format) of any work (including, but not limited to, motion pictures) copyrighted by the Studios or their parents, subsidiaries or affiliates, or containing any of the Studios' trademarks (including, without limitation, each of the activities referenced above, as well as the distribution or sale of instructional videos teaching others how to make unauthorized edited DVDs of copyrighted and copy protected works, or any other consulting services in regard to said activities).

4.   The Studios have judgment against Defendants in the amount of two hundred and seventy four thousand dollars ($274,000), and the balance of the action is dismissed with prejudice, the parties to bear their own respective costs and attorney fees.  This judgment shall bear interest pursuant to 28 U.S.C. § 1961.

DATED at Anchorage, Alaska, this <u>14th</u> day of February, 2011.


/s/ H. Russel Holland
United States District Judge